UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>　　　　　Defendants. | No. 1:25-cv-00925-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS<br><br>(ECF Nos. 7, 9) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On September 5, 2025, the Court screened Plaintiff's first amended complaint, and found that Plaintiff stated a cognizable retaliation claim against Defendant Hurtado, but failed to state any other cognizable claims. (ECF No. 7.) The Court granted Plaintiff leave to file a second amended complaint or notify the Court of his intent to proceed only on the retaliation claim. (Id.) On September 22, 2025, Plaintiff filed a notice of intent to proceed on the claim found to be cognizable. (ECF No. 9.)

　　　　Accordingly, it is HEREBY ORDERED that the Clerk of the Court shall assign a District Judge to this action.

1


Further, it is HEREBY RECOMMENDED that:

1. This action proceed only on Plaintiff's retaliation against Defendant Hurtado; and
2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge