UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>　　　　　Defendants. | No.  1:25-cv-00925 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. 12) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 23, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that this action proceed on Plaintiff's retaliation claim against Defendant Hurtado, and that all other claims and Defendants be dismissed. (Doc. 12.)

　　　　The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within fourteen (14) days.  (*Id.* at 2.)  The Court also informed Plaintiff that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff did not file objections, and the time in which to do so has passed.

1

1  According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 23 2025, are **ADOPTED IN FULL**. (Doc. 12.)
2. This case proceeds only against Defendant Hurtado for retaliation in violation of the First Amendment.
3. All other claims and Defendants be dismissed without further leave to amend.

IT IS SO ORDERED.

Dated:   **October 19, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE

2