UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. DAVIS, | No.  1:25-cv-00925-JLT-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT BE DENIED, WITHOUT PREJUDICE |
| v. | |
| TUOLUMNE COUNTY, et al., | |
| Defendants. | |
| | (ECF No. 22) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On April 6, 2026, Plaintiff filed a motion to amend the complaint to add new defendants and new claim.  (ECF No. 22.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend shall be freely given when justice so requires." AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (citation and quotation omitted). However, courts "need not grant leave to amend where the amendment: (1) prejudices the

1

opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." Id.

Plaintiff's motion must be denied. Plaintiff did not submit a proposed amended complaint with his motion as required by the Court's Local Rules. See Local Rule 137(c) ("If filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired, counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave .... If the Court grants the motion, counsel shall file and serve the document in accordance with these Rules ...."). In addition, Plaintiff has not supported his motion with any information to analyze the relevant factors under Rule 15, and the Court's discovery and scheduling order did not give Plaintiff the automatic right to file an amended complaint. Accordingly, Plaintiff's motion is denied without prejudice.

IT IS SO ORDERED.

Dated:    **April 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2