**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY J. DAVIS, | No.  1:25-cv-00925 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| TUOLUMNE COUNTY, et al., | (Docs. 38, 39) |
| Defendants. | |

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. The magistrate judge recommended Plaintiff's motion for injunctive relief be denied. (Doc. 39.) The Court served the findings and recommendations on Plaintiff, warned him that objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 4-5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  Having carefully reviewed the matter, including the objections, the Court concludes the findings and recommendations to be supported by the record and proper analysis. Among other things, Plaintiff fails to demonstrate that there is a nexus between the complaints articulated in his request for injunctive relief and the claims in his complaint. *See Saddiq v. Ryan*, 703 F. App'x

1

570, 572 (9th Cir. 2017) (unpublished) (affirming denial of preliminary injunction because the prisoner did not establish a nexus between the claims of retaliation in his motion and the claims set forth in his complaint). Thus, the Court **ORDERS**:

    1. The Findings and Recommendations issued on May 13, 2026 (Doc. 39) are **ADOPTED** in full.

    2. Plaintiff's motion seeking injunctive relief (Doc. 38) is **DENIED**.

    3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

UNITED STATES DISTRICT JUDGE