UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. DAVIS, | No.  1:25-cv-00925-JLT-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR ISSUANCE OF SUBPOENA WITHOUT PREJUDICE |
| v. | |
| HURTADO, | (ECF No. 40) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second request for issuance of a subpoena directing Defendants to produce certain documents, filed May 13, 2026.  (ECF No. 40.)

This case is currently in the discovery phase and the deadline for the completion of all discovery is set for September 22, 2026.  (ECF No. 19.)  Subject to certain requirements, Plaintiff is entitled to the issuance of a subpoena commanding the production of documents, electronically stored information, and/or tangible things from a nonparty, Fed. R. Civ. P. 45, and to service of the subpoena by the United States Marshal, 28 U.S.C. 1915(d).  However, the Court will consider granting such a request only if the documents or items sought from the nonparty are not equally available to Plaintiff and are not obtainable from Defendant through a request for the production of

1

documents, electronically stored information, and/or tangible things. Fed. R. Civ. P. 34. If Defendant object to Plaintiff's discovery request, a motion to compel is the next required step. If the Court rules that the documents, electronically stored information, and/or tangible things are discoverable but Defendant does not have care, custody, and control of them, Plaintiff may then seek a subpoena. Fed. R. Civ. P. 26(b), 34(a)(1). Alternatively, if the Court rules that the documents or items are not discoverable, the inquiry ends. Fed. R. Civ. P. 26(b).

In this instance, as with Plaintiff's first request for issuance of subpoenas on a non-party, Plaintiff has not demonstrated that he sought the documents from Defendant through a request for the production of documents, electronically stored information, and/or tangible things, and, if he has done so, he has not filed a proper motion to compel the production of the documents. Therefore, Plaintiff's second motion for the issuance of a subpoena duces tecum is HEREBY DENIED as premature, without prejudice.

IT IS SO ORDERED.

Dated:    **June 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2