# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY DAVIS,

Plaintiff,

v.

TUOLUMNE COUNTY, et al.,

Defendants.

Case No. 1:25-cv-00925-JLT-SAB (PC)

ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER

(ECF No. 56, 57)

Pending before the Court is a motion from Plaintiff, who is proceeding *pro se* and *in forma pauperis*, seeking to modify certain dates in the scheduling order. (ECF No. 56.) Defendant has filed a limited opposition, not seeking to oppose the extension in and of itself but seeking a continuance as well of the dispositive motion deadline. (ECF No. 57.)

Upon review, the Court GRANTS the motion (ECF No. 56) and ORDERS the following dates in the scheduling order are modified:

1. The close of discovery is continued to **November 22, 2026**;
2. The dispositive motion deadline is continued to **February 3, 2027**; and

/ / /

/ / /

/ / /

3. The scheduling order otherwise remains controlling. (ECF No. 19.)

IT IS SO ORDERED.

Dated: **October 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge